**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 10, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00168-CV

———————

## RHONDA CRAIG AND NORTHWEST WOMEN'S CENTER D/B/A BELLA DERMAGE, Appellants

## V.

## SHIRLEY BRYANT, Appellee

---

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2011-42598**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 30, 2012. On April 30, 2012, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jamison.